IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BENJAMIN D. GOLDBERG,              :

          Plaintiff,               :

     v.                            :          Case No. 2:10-cv-553

MICHAEL J. ASTRUE,                 :          JUDGE FROST
Commissioner of Social Security,              MAGISTRATE JUDGE KEMP
                                   :
          Defendant.               :

ORDER

     This is a social security case in which plaintiff, who is
proceeding without counsel, has never filed a statement of errors
identifying why he thinks the decision denying his application
for benefits is wrong.  The Court, acting through the Magistrate
Judge, entered an order on June 17, 2010, giving plaintiff thirty
days to file such a statement of errors after the administrative
record was filed here.  Under that order, since the record was
filed on August 16, 2010, plaintiff had to file his statement of
errors by September 15, 2010.   When he did not, on September 22,
2010, the Court issued an order telling plaintiff that he had to
file a statement of errors within 21 days or face dismissal of
this action without prejudice for failure to prosecute.

     Plaintiff did not file a statement of errors within 21 days
of the date of that order, nor did he respond to it in any other
way.  Consequently, on October 18, 2010, the Magistrate Judge
issued a Report and Recommendation recommending that this case be
dismissed.  A copy was sent to plaintiff by certified mail, and
he signed for it on October 23, 2010.  The Report and
Recommendation told plaintiff he had fourteen days to object to
the dismissal of his case.  More than fourteen days have now
passed, and he has still not filed a statement of errors or any

other response to any of the Court's orders.

The Report and Recommendation cited to decisions such as
Link v. Wasbash R. Co., 370 U.S. 626 (1962), Boudwin v. Graystone
Insurance Co., 756 F.2d 399 (5th Cir. 1985), Dynes v. Army Air
Force Exchange Service, 720 F.2d 1495 (11th Cir. 1983), and Sepia
Enterprises, Inc. v. City of Toledo, 462 F.2d 1315 (6th Cir.
1972) for the proposition that once the Court directs a party to
take some action to prosecute a case, and warns the party about
the consequences of not doing so, it may properly dismiss the
case for failure to prosecute.  That is a correct proposition of
law.  Further, plaintiff has not objected to the recommended
dismissal of this case.  Under these circumstances, the Report
and Recommendation (#7) is **ADOPTED**.  This case is **DISMISSED
WITHOUT PREJUDICE** for failure to prosecute.

IT IS SO ORDERED.

          /s/ Gregory L. Frost
**GREGORY L. FROST**
**UNITED STATES DISTRICT JUDGE**

2